# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST, | CASE NO. C21-64 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PENINSULA TRUCK LINES INC, | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has reviewed the Parties' Joint Status Report, in which the Parties stated they would submit a proposed summary judgment briefing schedule within two weeks of filing the JSR. (Dkt. No. 8.) The Parties have not. The Parties shall have until 5:00 PM on Tuesday, May 11, 2021 to submit a proposed schedule. If the Parties fail to do so, the Court will enter a briefing schedule for summary judgment.

\\

The clerk is ordered to provide copies of this order to all counsel.

Filed May 7, 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
