UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PENINSULA TRUCK LINES INC,<br><br>Defendant. | CASE NO. C21-64 MJP<br><br>ORDER ON STIPULATED MOTION AND PROPOSED SCHEDULING ORDER ON FILING MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on the Parties' Stipulated Motion and Proposed Scheduling Order on Filing Motion for Summary Judgment. (Dkt. No. 10.) Having reviewed the Motion, the Court GRANTS in part and DENIES in part the Motion and ORDERS as follows:

1. Plaintiff shall file its motion for summary judgment by no later than July 1, 2021;
2. Defendant shall file its opposition to the motion for summary judgment by no later than August 2, 2021;

3. Plaintiff shall file its reply by no later August 16, 2021 and the motion for summary judgment will note on August 16, 2021; and

4. The Parties have not provided any basis to deviate from the page limits set by Local Rule 7(e)(3), which shall apply to the summary judgment briefing.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 11, 2021.

*/s/ Marsha J. Pechman*

Marsha J. Pechman
United States Senior District Judge