THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST,<br><br>　　　　　Plaintiff,<br>　v.<br><br>PENINSULA TRUCK LINES, INC.,<br><br>　　　　　Defendant. | NO. 2:21-cv-00064-MJP<br><br>STIPULATED MOTION AND ORDER REGARDING BRIEFING SCHEDULE FOR CROSS MOTION FOR SUMMARY JUDGMENT<br><br>NOTE ON MOTION CALENDAR:<br>August 6, 2021 |

## I. INTRODUCTION

Plaintiff Board of Trustees of the Automotive Machinists Pension Trust ("AMPT") and defendant Peninsula Truck Lines, Inc. (AMPT and Peninsula Truck Lines, Inc. collectively, "the Parties") request that the Court approve a modified briefing schedule for the cross motions for summary judgment as set forth below.

## II. BACKGROUND

The Court entered an Order approving the Parties' stipulated motion for a briefing schedule on cross-motions for summary judgment. *See* Dkt. No. 13. In accordance with that schedule, the Parties filed their cross motions for summary judgment on July 1, 2021. *See*

STIPULATED MOTION AND ORDER REGARDING BRIEFING SCHEDULE – 1
Cause No. 2:21-cv-00064-MJP

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

104.000 WDL eh06hc01kq

Peninsula Truck Lines, Inc.'s Motion for Summary Judgment (Dkt. No. 14); AMPT's Motion for Summary Judgment (Dkt. No. 16).

Due to unforeseen circumstances, the deadline to file responses to the cross motions (August 16, 2021) is now impractical for counsel for AMPT. The Parties have conversed, stipulate and agree pending Court-approval:

(1) The Parties' Responses to the Cross Motions for Summary Judgment shall be filed on or before August 30, 2021;

(2) The Parties' Cross Motions for Summary Judgment (Dkt. Nos. 14 & 16) shall be re-noted for September 3, 2021; and

(3) The page limitation for the Parties' Responses to the Cross Motions for Summary Judgment shall remain as set forth in the Order Regarding Briefing Schedule for Cross Motions for Summary Judgment (Dkt. No. 13).

DATED: August 6, 2021

| BARLOW COUGHRAN MORALES & JOSEPHSON, P.S. | ARETE LAW GROUP PLLC |
|---|---|
| By: */s/ Douglas M. Lash*<br>Douglas M. Lash, WSBA No. 48531<br>1325 Fourth Avenue, Suite 910<br>Seattle, WA 98101 | By: */s/ Jeremy E. Roller* *(with permission)*<br>Jeremy E. Roller, WSBA No. 32021<br>1218 Third Avenue, Suite 2100<br>Seattle, WA 98101 |
| *Attorneys for Plaintiff Automotive Machinists Trust* | *Attorneys for Defendant Peninsula Truck Lines, Inc.* |

STIPULATED MOTION AND ORDER REGARDING BRIEFING SCHEDULE – 2
Cause No. 2:21-cv-00064-MJP

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

104.000 WDL eh06hc01kq

**ORDER**

IT IS SO ORDERED.

DATED: August 6, 2021

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

STIPULATED MOTION AND ORDER REGARDING
BRIEFING SCHEDULE – 3
Cause No. 2:21-cv-00064-MJP

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

104.000 WDL eh06hc01kq