THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST,<br><br>              Plaintiff,<br><br>   v.<br><br>PENINSULA TRUCK LINES, INC.,<br><br>              Defendant. | NO. 2:21-cv-00064-MJP<br><br>STIPULATED MOTION AND ORDER FOR SUPPLEMENTAL BRIEFING<br><br>NOTE ON MOTION CALENDAR:<br>September 29, 2021 |

## I. STIPULATION

Plaintiff Board of Trustees of the Automotive Machinists Pension Trust ("AMPT") and defendant Peninsula Truck Lines, Inc. ("Peninsula") (AMPT and Peninsula collectively, "the Parties") request that the Court allow additional briefing to address a recent decision in *Association Services of Washington, Inc. v. Western Metal Industry Pension Fund, et al.*, No. C21-0427JLR, 2021 WL 4367434, (W.D. Wash. Sept. 24, 2021) ("the *ASW* Decision") as it bears on the present dispute between the Parties. A copy of the *ASW* Decision is attached for reference.

The *ASW* Decision addresses, in part, whether pre-MPRA rehabilitation contribution rates recited in a collective bargaining (or related) agreement are properly included in

STIPULATED MOTION AND ORDER REGARDING
SUPPLEMENTAL BRIEFING – 1
Cause No. 2:21-cv-00064-MJP

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1   determining a withdrawing employer's highest contribution rate for purposes of determining its

2   withdrawal liability payment schedule.   AMPT believes the *ASW* Decision was correctly

3   decided and should be persuasive authority for this Court.  Peninsula believes the *ASW* Decision

4   was incorrectly decided and that this Court's resolution of the issue in this case may benefit

5   from limited additional briefing addressing that decision.

6      The Parties request leave of the Court to file supplemental briefs limited to no more than

7   six pages.  The Parties propose a supplemental brief filing deadline of October 11, 2021, and

8   that the pending Cross Motions for Summary Judgment be re-noted to October 15, 2021.

9                        **II. RELIEF REQUESTED**

10     Subject to the Court's approval, the Parties stipulate and agree:

11     1.  The Parties shall be permitted to submit supplemental briefs, limited to six pages,

12         addressing the *ASW* Decision, to be filed no later than October 11, 2021.

13     2.  The Parties' Cross Motions for Summary Judgment (Dkt. Nos. 14 & 16) shall be re-

14         noted from September 3, 2021, to October 15, 2021.

15

16

17

18

19

20

21

22

STIPULATED MOTION AND ORDER REGARDING
SUPPLEMENTAL BRIEFING – 2
Cause No. 2:21-cv-00064-MJP

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

104.000 WDL ei29d801vg

1    DATED: September 29, 2021

2    BARLOW COUGHRAN MORALES          ARETE LAW GROUP PLLC
     & JOSEPHSON, P.S.
3
     By: */s/ Douglas M. Lash*              By:   */s/ Jeremy E. Roller (with permission)*
4    Douglas M. Lash, WSBA No. 48531    Jeremy E. Roller, WSBA No. 32021
     1325 Fourth Avenue, Suite 910      1218 Third Avenue, Suite 2100
5    Seattle, WA  98101                 Seattle, WA  98101

6    *Attorneys for Plaintiff Automotive*    *Attorneys for Defendant Peninsula Truck*
     *Machinists Trust*                      *Lines, Inc.*
7

8                                 **ORDER**

9

10       IT IS SO ORDERED.

11       DATED: September 30, 2021

12

13

14                                   Marsha J. Pechman
                                     United States Senior District Judge
15

16

17

18

19

20

21

22

STIPULATED MOTION AND ORDER REGARDING                    BARLOW COUGHRAN
SUPPLEMENTAL BRIEFING – 3                           MORALES & JOSEPHSON, P.S.
Cause No. 2:21-cv-00064-MJP                          1325 FOURTH AVE, SUITE 910
                                                          SEATTLE, WA 98101
                                                           (206) 224-9900

104.000 WDL ei29d801vg