# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST,<br><br>    Plaintiff,<br><br>  v.<br><br>PENINSULA TRUCK LINES INC,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C21-64 MJP |

\_\_ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiffs' Motion for Summary Judgment is GRANTED and Defendant's Motion for Summary Judgment is DENIED. The Court VACATES the Arbitrator's award and AFFIRMS Plaintiff's calculation of Defendant's withdrawal liability pursuant to which Defendant must make corresponding quarterly payments.

Dated December 17, 2021.

Ravi Subramanian
Clerk of Court

s/ Serge Bodnarchuk
Deputy Clerk
